UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DUANE MOORE,

            Plaintiff,

   v.

ALLSTATE INDEMNITY COMPANY,

            Defendant.

CASE NO. 3:20-cv-05874-JCC-JRC

ORDER GRANTING MOTION TO CONTINUE AND AMENDING SCHEDULING ORDER

    The Court has reviewed the parties' stipulated motion to continue and finds good cause to grant the motion. *See* Dkt. 21. The Court amends the scheduling order in this matter (Dkt. 15) as follows.

    The five-day bench trial is rescheduled for **April 25, 2022, at 10:00 a.m., before the Honorable John C. Coughenour, Courtroom 16206** with the following amended pretrial schedule:

| Event | Date |
| --- | --- |
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **August 6, 2021** |

| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **August 20, 2021** |
|---|---|
| Rebuttal expert disclosures | **September 3, 2021** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) ||
| Discovery completed by | **November 26, 2021** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **December 24, 2021** |
| All motions in limine must be filed by this date and noted on the motion calendar and noted on the motions calendar in accordance with LCR 7(d)(4).<br><br>Motions in limine raised in trial briefs will not be considered. | **March 10, 2022** |
| Agreed LCR 16.1 Pretrial Order due | **March 25, 2022** |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | **April 18, 2022** |

Except as amended herein, the parties shall refer to the terms of the prior scheduling order. *See* Dkt. 15.

Dated this 11th day of February, 2021.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING MOTION TO CONTINUE AND
AMENDING SCHEDULING ORDER - 2