UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DUANE MOORE,

    Plaintiff,

v.

ALLSTATE INDEMNITY COMPANY,

    Defendant.

CASE NO. 3:20-cv-05874-JCC-JRC

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES

The Court has reviewed the parties' stipulated motion to continue and finds good cause to grant the motion. *See* Dkt. 31. The Court amends the scheduling order in this matter (Dkt. 23) as follows.

The five-day bench trial is rescheduled for **September 12, 2022, at 9:30 a.m., before the Honorable John C. Coughenour, Courtroom 16206** with the following amended pretrial schedule:

| Event | Date |
|---|---|
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **January 7, 2022** |

| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **January 21, 2022** |
|---|---|
| Rebuttal expert disclosures | **February 4, 2022** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) ||
| Discovery completed by | **April 12, 2022** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **May 12, 2022** |
| All motions in limine must be filed by this date and noted on the motion calendar and noted on the motions calendar in accordance with LCR 7(d)(4).<br><br>Motions in limine raised in trial briefs will not be considered. | **July 22, 2022** |
| Agreed LCR 16.1 Pretrial Order due | **August 5, 2022** |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | **September 5, 2022** |

Except as amended herein, the parties shall refer to the terms of the prior scheduling order. *See* Dkt. 15.

Dated this 13th day of April, 2021.

_____
J. Richard Creatura
Chief United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PRE-TRIAL
DEADLINES - 2